```
 1  JAMES R. HOMOLA  #60244
    Attorney at Law
 2  2950 Mariposa, Suite 250
    Fresno, California 93721
 3  Telephone: (559) 441-7111
 4
    Attorney for Defendant
 5  EDUARDO BACA-FLORES
```



**FILED**

MAR 12 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 17 CR 050 LJO |
| vs. | |
| EDUARDO BACA-FLORES | ORDER FOR RELEASE AND TRANSPORTATION TO SALVATION |
| Defendant. | ARMY ADULT REHAB PROGRAM |

Upon good cause being shown, it is hereby ordered that EDUARDO BACA-FLORES, DOB 9/15/1992; JID# 7087179, be released from the Fresno County Jail on March 14, 2018, at 10:00 am, to his attorney, JAMES R. HOMOLA, for transportation to the Salvation Army Adult Rehabilitation Center at 804 South Parallel Avenue, Fresno, California [telephone (559) 495-4775] to be evaluated for admission to the rehabilitation program available there.

If not admitted upon evaluation, it is ordered that EDUARDO BACA-FLORES shall be returned, immediately, to the custody of the Fresno County Jail.

\* \* \* \* \*

It is so ordered.  3/12/18

_____
LAWRENCE J. O'NEILL,
Judge