JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
EDUARDO BACA-FLORES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA      |
                              |
          Plaintiff,          |      Case No. 17 CR 50-1 LJO
vs.                           |
                              |
EDUARDO BACA-FLORES           |      STIPULATION AND REQUEST
                              |      TO CONTINUE REVIEW
     Defendant.               |
_____|

IT IS HEREBY STIPULATED between the parties, through and by their respective

counsel, that they jointly request continuance of the review hearing

scheduled for June 25, 2018, at 8:30 am, to September 24, 2018 at 8:30 am.

     The request is made in consideration of the reported positive progress

and projected completion date of Mr. BACA-FLORES in the Salvation Army

program.

DATED: June 19, 2018                    Respectfully submitted,


     /s/ James R. Homola          /s/ Laurel Montoya
     JAMES R. HOMOLA              LAUREL MONTOYA
     Attorney for Defendant       Asst U.S. Attorney
     EDUARDO BACA-FLORES          (by permission)


                    *   *   *   *   *

**IT IS SO ORDERED**. Time is excluded in the interest of justice, pursuant to 18
USC 3161.  Next status is October 15, 2018 at 8:30 a.m.
IT IS SO ORDERED.

   Dated:  **June 20, 2018**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE